## ROBINSON ET AL. v. WELTON.

[No. 11,351.    Filed April 18, 1923.]

From Pike Circuit Court; *John F. Dillon*, Judge.

Action between Edward J. Robinson and others and Perry M. Welton. From the judgment rendered, the former appeal. *Affirmed.*

*Robinson & Stilwell* and *E. P. Richardson*, for appellants.

*Frank Ely, Samuel E. Dillon, James Prentiss Duncan* and *Thomas Duncan*, for appellee.

BATMAN, J.—The death of appellant Edward J. Robinson having been suggested, the judgment is affirmed as of the date of submission, on the authority of *Robinson* v. *Cato* (1923), *ante* 530, 137 N. E. 569.

---

## ROBINSON ET AL. v. WELTON.

[No. 11,352.    Filed April 18, 1923.]

From Pike Circuit Court; *John F. Dillon*, Judge.

Action between Edward J. Robinson and others and Clarence C. Welton. From the judgment rendered, the former appeal. *Affirmed.*

*Robinson & Stilwell* and *E. P. Richardson*, for appellants.

*Frank Ely, Samuel E. Dillon, James Prentiss Duncan* and *Thomas Duncan*, for appellee.

BATMAN, J.—The death of appellant Edward J. Robinson having been suggested, the judgment is affirmed as of the date of submission, on the authority of *Robinson* v. *Cato* (1923), *ante* 530, 137 N. E. 569.

---

## ROBINSON ET AL. v. JONES.

[No. 11,353.    Filed April 18, 1923.]

From Pike Circuit Court; *John F. Dillon*, Judge.

Action between Edward J. Robinson and others and Lydia A. Jones. From the judgment rendered, the former appeal. *Affirmed.*

*Robinson & Stillwell* and *E. P. Richardson*, for appellants.

*Frank Ely, Samuel E. Dillon, James Prentiss Duncan* and *Thomas Duncan*, for appellee.

BATMAN, J.—The death of appellant Edward J. Robinson having been suggested, the judgment is affirmed as of the date of submission, on the authority of *Robinson* v. *Cato* (1923), *ante* 530, 137 N. E. 569.

---

SOUTHERN STATES MOTOR CORPORATION *v.* GODFREY.

[No. 11,436.   Filed January 24, 1923.   Rehearing denied April 24, 1923.]

From Marion Superior Court (A11,441); *Solon J. Carter,* Judge.

Action between the Southern States Motor Corporation and Ruth M. Godfrey.   From the judgment rendered, the former appeals.   *Affirmed.*

*James D. Ermston,* for appellant.
*Felt & Forney,* for appellee.

PER CURIAM.—Judgment affirmed.

---

ROOKER ET AL. *v.* FIDELITY TRUST COMPANY ET AL.

[No. 10,444.   Filed December 23, 1921.   Rehearing denied March 30, 1923.   Transfer denied May 18, 1923.]

From Marion Circuit Court (25,260) ; *Louis B. Ewbank,* Judge.

Action by William V. Rooker and others against the Fidelity Trust Company and others.   From a judgment for defendants, the plaintiffs appeal.   *Affirmed.*

*William V. Rooker,* for appellants.
*Henry Seyfried* and *Charles E. Cox,* for appellees.

PER CURIAM.—Judgment affirmed.